| | IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |
|---|---|---|---|---|---|---|

IN THE CASE OF: USA v.s. Oscar Garcia-Gonzalez

FOR: ____
AT: ____

LOCATION NUMBER: ____

PERSON REPRESENTED (Show your full name): ____

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 03-9041-[illegible]
District Court: ____
Court of Appeals: ____

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: ____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment
How much did you earn per month? $ ____

If married is your Spouse employed?  N/A  ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 3500   SOURCES: employment

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No   IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE: ____   DESCRIPTION: ____

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
✓ SEPARATED OR DIVORCED

Total No. of Dependents: 6

List persons you actually support and your relationship to them: mother, grandmother, 2 brothers, niece & son

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ OSCAR GARCIA GONZALEZ