## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: _Bowler_

Courtroom Clerk: _Saccocia_

Case: USA v. _Oscar Garcia-Gonzalez_

AUSA: _Dln Cabell_

PTSO/PO: _John Riley_

Date: _12-10-03_     Time In Court _5 min_

Tape Number: _Digital Record_

Case Number: _MJ # 03-904-MBB_

Defense Counsel: _Martin Richey_

Interpreter: _A. Huacuja_ Language: _Spanish_

## TYPE OF HEARING

**Initial Appearance**
- [ ] Arrested: Date:_____
- [ ] Charging District: _____
- [ ] on warrant    [ ] on probable cause
- [ ] Defendant Sworn
- [ ] Advised of Charges
- [ ] Advised of Rights
- [ ] Requests Appointment of Counsel
- [ ] Will Retain Counsel
- [ ] Court Orders Counsel be Appointed
- [ ] Government Requests Detention & Continuance

**Arraignment**
- [ ] Defendant Waived Reading of Indictment
- [ ] Defendant Pleads Not Guilty to Counts _____

**Removal Hearing/Rule 40**
- [ ] Defendant Waives Identity Hearing
- [ ] Defendant Ordered Removed to Charging District. Order to Issue.
- [ ] Defendant Released, Conditions Remain/ Modified/Set
- [ ] Identity Established

**[x] Preliminary Examination (Rule 5 or Rule 32.1)**
- [ ] Probable Cause Found
- [ ] Identity Established
- [ ] Defendant Waives Identity Hearing
- [x] Defendant Waives Preliminary Examination

**[x] Detention Hearing**
- [ ] Defendant Requests a Continuance
- [x] Defendant Consents to Voluntary Detention
- [ ] Defendant Detained, Order to Issue
- [ ] Defendant Released on _____ with conditions
- [ ] Detention Taken Under Advisement

**Preliminary Probation Revocation Hearing**
- [ ] Defendant Ordered Detained
- [ ] Defendant Released

**Bail Revocation Hearing**
- [ ] Bail Revoked, Defendant Ordered Detained
- [ ] Defendant Released, Conditions Remain/Modified
- [ ] Defendant Released on _____ with Conditions

**Miscellaneous Hearings**
- [ ] Attorney Appointment Hearing
- [ ] Change of Plea (Rule 11) Hearing
- [ ] Material Witness Hearing
- [ ] Motion Hearing
- [ ] Initial Status Conference
- [ ] Interim Status Conference
- [ ] Final Status Conference
- [ ] Other _____

## CONTINUED PROCEEDINGS

_____ Hearing/Conference set for _____ at _____

## REMARKS

Court will issue an Order of Voluntary Detention without prejudice

AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

**DISTRICT OF** MA

UNITED STATES OF AMERICA

V.

Oscar Gonzalez

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 03 904 - MBB

I, _____ Oscar Gonzalez _____, charged in a (complaint) (petition)

pending in this District with _____

in violation of Title _____, U.S.C., __ _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

OSCAR GARCIA GONZALEZ
*Defendant*

12/10/03
*Date*

*Counsel for Defendant*