AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

OSCAR GARCIA-GONZALEZ

**WARRANT FOR ARREST**

CASE NUMBER: MJ# 03-904-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____OSCAR GARCIA-GONZALEZ_____
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
unlawfully reentering the United States after having previously been deported

in violation of
Title _____8_____ United States Code, Section(s) 1326

| Marianne B. Bowler | Chief U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Marianne B. Bowler USMJ | 12-03-2003 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                                       Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED  12/3/03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  12/5/03 | Julia Lee  SA | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
2003 DEC 12 P 2:27
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.

OSCAR GARCIA-GONZALEZ

## WARRANT FOR ARREST

CASE NUMBER: MJ# 03-904-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____OSCAR GARCIA-GONZALEZ_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
unlawfully reentering the United States after having previously been deported

in violation of
Title ____8____ United States Code, Section(s) __1326__

| Marianne B. Bowler | Chief U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Marianne B. Bowler /s/ | 12-03-2003 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER WARRANT EXECUTED BY INS Y ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/05/03 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.