UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **04 CR 10070 JLT** |
| | ) | CRIMINAL NO. |
| v. | ) | |
| | ) | VIOLATION: |
| OSCAR GARCIA-GONZALEZ | ) | 8 U.S.C. § 1326 |
| | ) | Illegal Re-entry of |
| | ) | Deported Alien |

**INFORMATION**

<u>COUNT ONE</u>: 8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The United States Attorney charges that:

On or about November 12, 2003, at Brookline, in the District of Massachusetts,

OSCAR GARCIA-GONZALEZ,

defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DONALD L. CABELL
Assistant U.S. Attorney

March 12, 2004