UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10070-JLT |
| | ) |
| OSCAR GARCIA-GONZALEZ | ) |

### MOTION TO WITHDRAW

Undersigned counsel respectfully moves that the Federal Defender Office be permitted to withdraw from this matter. As grounds for this motion, defendant has retained private counsel, Jeffrey B. Rubin. Attorney Rubin filed an appearance on February 20, 2004.

/s/ J. Martin Richey
J. Martin Richey
B.B.O.# 559902
Federal Defender Office
408 Atlantic Ave., 3rd. floor
Boston, MA  02210
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, J. Martin Richey, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Donald L. Cabell by delivery on March 24, 2004.

/s/ J. Martin Richey
J. Martin Richey