# United States District Court
### District of Massachusetts

UNITED STATES OF AMERICA

                                            CR 04-10081-JLT

   V

OSCAR GARCIA-GONZALEZ

## NOTICE

The above-entitled case has been set for **WAIVER AND PLEA December 15, 2004 11:00 A.M.** in Courtroom 20, 7th Floor, at new FEDERAL COURTHOUSE, 1 Courthouse Way, Boston, MA.

Note: Any counsel who realizes that one or more attorneys have not been notified, shall forthwith notify the additional attorneys in writing.

                                              By the Court,

                                              /s/

                                              Zita Lovett
                                              Deputy Clerk

Date: December 1, 2004
CC:   All counsel of record