UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10070-JLT |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | 8 U.S.C. § 1326 |
| OSCAR GARCIA-GONZALEZ | ) | Illegal Re-entry of |
| | ) | Deported Alien |

## WAIVER OF INDICTMENT

Defendant Oscar Garcia-Gonzalez, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

*Oscar Garcia Gonzalez*
OSCAR GARCIA-GONZALEZ

*[signature]*
Jeffrey B. Rubin, Esq.
Vikas S. Dhar, Esq.
Attorneys for Defendant

Date: January 13, 2005

*Approved*
*Tauro J*
*1/13/05*